FILED

1    Robert Lee Manning Jr.
     14029 S. Hawthorne Blvd.
2    Hawthorne, CA, 90250
     (424) 212-1131                                  2022 JUN -3  PM 3: 57
3    Robert Lee Manning Jr.
                                                     CLERK U.S. DISTRICT COURT
4    Downtown LA Law, LA, CA, 90014 (original petition)   CENTRAL DIST. OF CAL.
     Attorney, IN FORMA PAUPERIS                          LOS ANGELES
                                                     BY: ____
5    other petition

6

7

8                    United States District Court Central District of California

9                                    LACV22-3829-DSF(PD)

     Robert Lee Manning Jr.,                )        CASE NO.:
10                                           )
                    Plaintiff.               )        1. Fraud
11                                           )        2. Conspiracy
                                             )        3. AB3121
12   City of Los Angeles,                    )        4. H.R. 40.
                                             )        5. 42 U.S. Code § 1011.
13   a.k.a. The City of                      )        6. 18USC
                                             )        7. Civil Rights Act 1965
14   Los Angeles, The State of               )
                                             )
15   California, a.k.a. CHP,                  )
                                             )
16   and does 1 through 100, RM              )
                                             )
17           Defendants.                     )
                                             )
18

19

20

21

22

23

24

25

26

27

28

1. Plaintiff, Robert Lee Manning Jr. is a United States citizen residing in the City of Los Angeles, California (hereafter "Plaintiff"). Plaintiff location: 14029 S. Hawthorne Blvd., Hawthorne, CA, 90250.

2. Defendant the City of Los Angles (hereinafter "defendant") operates its business and or organization in the City of Los Angeles, Los Angeles County located at: City of Los Angeles, 200 N. Main Street, Room number 600, Los Angeles, CA, 90012.

## **INTRODUCTION**

To the United States District Court Central District of California, this is a case about Plaintiff's Civil Rights that were and are being Violated by the Defendant (s): The Los City of Los Angeles and its agents who intentionally mislead Facts to a series of events that led up to the Personal Injuries later proven caused by the defendant (s), which is supported by the 911 Operator and their deficiency payment offer (s), all based on racial profiling and or because Plaintiff is a black male.

## **VENUE**

**Venue is proper pursuant to 28 U.S. Code § 1343 (a) (1) (2) (3) (4); and 28 U.S. Code § 1331**

To the United States Central District Court: The federal Civil Rights Act and many states' civil or human rights acts make it **illegal for a government actor (like the police) to discriminate against someone on the basis of race, color, or national origin**. And a number of states' laws also specifically prohibit officers from engaging in racial profiling in the performance of their duties.

### Statement of Facts

On or about 04-15-21, Plaintiff Robert Lee Manning Jr. was leaving from office; investigating Fraudulent APN 6038-047-002 proven Fraudulent on an earlier date by the Los Angles County Assessor's Office located in Los Angles California. Unfortunately, this led to an unavoidable accident caused by the defendant (s) that had the potential of causing even more damages and injuries to the public, amounting to multimillion dollar (USD) in lawsuits against defendants had it not been for the Plaintiff's sober, safe, and professional actions to regain control of his vehicle after defendant (s) obstructed his windshield on a California Freeway 105 Westbound, despite the damages and injuries the defendant (s) finally admitted to causing to Plaintiff .

### BACK STORY

Plaintiff's required interrogatories as to "what was he doing before the incident?": As stated, Plaintiff was investigating [Proven] Fraud and the Acts of Conspiracy (s) and ongoing alleged Criminal investigations involving Plaintiff's "Mineral Rights" thereon, originally involving an eminent domain matter that relocated Plaintiff and his entire African American and Indian Family (s) from our real property to another real property, prompting a double escrow (Related belated discoveries involving similar Acts of Fraud were later related proven in YC063173 following judgment in favor of Plaintiff. However, the Judge in that case either [Forgot] to add portion of his Order favoring Plaintiff in said case file or appears to have been involved conspiring this now [related] and ongoing separate Conspiracy investigation (s) and connecting evidence amid AB-3121 linages' possible requirement (s) Senator Bradford and other Co-authors of "Ab-3121 Study." A Conspiracy that appears to have furthered with Michell Mitchell, Supervisor at the Executive Officer, Board of Supervisors, also Co-Arthur of AB3121. A matter that suspiciously appears to [REQUIRE] Blacks and or African Americans to prove – thru the Insurance Commissioner as well, that they are

descendants of Slavery. Defendant: The City of Los Angeles, according to the State of California,

"never accepted their deal that was conducted over 20 years." Plaintiff was investigating Fraud

directly related to questionable Acts involving Plaintiff's late grandmother's ownership of her linage

"Mineral Rights" next to the accident area (s) and or the Freeway. And ensuring that Court case files,

registrar filings, Bank wrongs such that with Wells Fargo, False and or Tampered with Police

Reports, all reflect truths. And if not, then legally and properly address everyone of them accordingly

while documenting said investigation (s) as such. Plaintiff have not only experienced Civil Rights

Violations by the defendants such as misleading Police Reports, the Court (s) may realize how being

a black male addressing such issues in the times we're living in, in affect causes mental frustrations

as those mentioned below being caused by the defendant (s) (L.A.P.D and defendant (s))., Civil

Rights Violations synonymous to: the all too common processes and Acts against black males as

Plaintiff in particular; especially about the long awaited / owed 13 states, et al and or H.R. 40 amid

Ab-3121. To wit: Police shootings of unarmed black men, Caucasian Males entering a shopping

market mostly occupied by blacks who places a cameras on his weapon (s) printed with the N-word

on it, accompanied with a recording device intending to shoot [only] blacks while apologizing to

white victims on his malicious hunt of malicious terrorism (s); the recent Tulsa Medical center where

is said that Caucasian males wanted to remind blacks of the bombings that took place against a

thriving black community based on hate, greed, jealousy, etc. These types of Acts also "Wipe out

Lawful and Pertinent documentation and or Lawful information" – knowingly needed for future

purposes as AB-3121 and or truthful Police Reports such as with the defendants for instance. See

Conspiracy: The defendant (s) are misleading this Court while purposely betraying the Public its said

alleged Civil Rights Acts towards the Plaintiff [in] [particular]).

On or about said time of 04-15-21…. Plaintiff's said explanation of events said investigations, Plaintiff brought to the attention said transaction to the State's Acquisition Officer Mr. Billy E. Cooper that was missing an "Mineral Rights' attachment said Fraudulent APN 6038-047-002, State identification number: dd-73448. Mr. Cooper stated that the other Acquisition Officer, who was also involved with handling dd-73448, was now deceased. However, and after looking at documents presented by Plaintiff, he did agree with Plaintiff that said APN is a Fraud and that there's many questionable and unexplained alleged Acts being associated with Plaintiff's property (s) and or documentation thereon this Highway associated incident. Mr. Cooper's confusion in his won words, in part: "(1) WHY: The City of Los Angles never accepted [our] deal which was conducted over 20 years ago?" (2) Were Plaintiff's "Mineral Rights removed to close this strange Wells Fargo transaction, and then replaced after it this fraudulent APN number involving this $1.8 million (USD) in transactions, about alleged "Flipping Corporations when nothing in 90003 is worth nearly that much (apart of theirs and the City of Los Angeles's Records). Yet, our Records it still show Plaintiff still owning the "Mineral Rights"?"; and (3) Why Did the State of California allegedly discriminate against Plaintiff's family recording no "notice" – the sell of the excess Land, which was instead sold to alleged illegal immigrant for $500.00 (USD) (who appears to be Conspiring and or cooberating with the Fraudulent APN number and many other alleged and ongoing transactions this Wells Fargo Bank deal (s). As Plaintiff's late grandmother's (Slave descendant) was granted the "Mineral Rights" by the State of California and family as a part of the deal?"

42 U.S. Code 1011, in part: Whoever—

**(1)** knowingly and willfully makes or causes to be made any false statement or representation of a material fact in an application for benefits under this subchapter;
**(2)** at any time knowingly and willfully makes or causes to be made any false statement or representation of a material fact for use in determining any right to the benefits;
**(3)** having knowledge of the occurrence of any event affecting—
**(A)** his or her initial or continued right to the benefits; or

**(B)** the initial or continued right to the benefits of any other individual in whose behalf he or she has applied for or is receiving the benefit,

conceals or fails to disclose the event with an intent fraudulently to secure the benefit either in a greater amount or quantity than is due or when no such benefit is authorized.

**(4)** having made application to receive any such benefit for the use and benefit of another and having received it, knowingly and willfully converts the benefit or any part thereof to a use other than for the use and benefit of the other individual; or

**(5)** conspires to commit any offense described in any of paragraphs (1) through (3),

shall be fined under title 18, imprisoned not more than 5 years, or both; Conspiracy, in part: As stated in California **Penal Code 182** PC, a **criminal conspiracy** takes place when one agrees with one or more other people to commit a crime, and one of them commits an overt act in furtherance of that agreement.[1] Any member of the **conspiracy** may commit the overt act...which doesn't need to be criminal in and of itself. But does need to be performed *before* the commission of the agreed upon offense, et al.

After Plaintiff finished his day's work investigating said above matter, Plaintiff then safely drove and entered the onramp of the 110 Freeway Southbound. Plaintiff then safely merged onto the 105 Freeway Westbound. And this is when Plaintiff just so happened to and or ironically and or at an allegedly [TIEMED] (supporting alleged Conspiracy documentation emailed to defendant's attorney. Also, see alleged enclosed settlement offer for Plaintiff's doctor bills, injuries sustained recovering from said "Cherry Picker" incident and or event) / strange and perfectly timed event so to speak; or the alleged Act by defendant (s) Plaintiff stated, whereas he was engaged upon by the City of Los Angeles. To wit, A "Cherry Picker" flew off the back of defendant's utility truck causing Plaintiff to be in an immediate emergency that called for safe and quick reactions. The "Cherry Picker" caused damages to his Vehicle and injury (s) to his person. As Plaintiff's front windshield vison was obstructed on said busy interstate and or said 105 Freeway by the defendant (s).

However, Plaintiff's safe, quick, and professional reactions to safely and quickly maneuver his vehicle thru heavy traffic, and the avoidances of a  major traffic collision (s) for him and other drivers – clearly, that could have ended up being an multi-million dollar Claim (s) against defendant (s) its / their alleged negligence / irresponsible behavior (s) / alleged unsafe / alleged violation (s) (See

– clearly, that could have ended up being an multi-million dollar Claim (s) against defendant (s) its / their alleged negligence / irresponsible behavior (s) / alleged unsafe / alleged violation (s) (See **NHTS**; Plaintiff's invention sent to the **Agency** and the <u>**CHP**</u>: a GPS camera system designed for heavy operating equipment so that the operator of any heavy equipment utility truck can ensure an account of every piece (s) of equipment; up to and including the implementation of a QR Code device that alerts the yard they're equipment is not being accounted for, and then ultimately tracked by GPS. Noted: Had the Plaintiff not been professional enough to enable and mange the situation, not only could the situation been a disastrous one on an unimaginable level, but the City of Los Angles would have been looking at a multi million dollar (USD) lawsuit and never would have even known what could have occurred and or continued allegedly ignoring the situation all together and or as so appeared once at the yard – explained in the following pleadings)), but Plaintiff was able to maneuver his vehicle …balancing out his driving skills (About the best driver in California) within in legal lane limits his maneuvering   …within a reasonable time and speed without panicking and or slamming on breaks, etc., and was able to finally have the "Cherry Picker" fly off the vehicle his said driving skills, along with it being caught by the wind to the point that the "Cherry Picker" finally fell of Plaintiff's vehicle restoring his visibility.

   Plaintiff then followed the City of Los Angeles employee (appearing to be an Asian male) to the Los Angeles City's Yard. The defendant then claimed he / they had no idea that he just caused an accident, injuries, and damages to Plaintiff; and the potential for a disastrous multi traffic pile up collision (s) to have occurred. The defendant (s) showed the appeared of caring less to this Fact - and, appearing to care less that he also caused a potentially disastrous situation involving Plaintiff. The defendants truly cared less for Plaintiff's sober, safety, and Professional driving skills that contained the damages and injuries appearing only to [Plaintiff.].

to cover up any knowledge of a "Cherry Picker" and or alleged Fraudulent activity and or Falsifying

Records as described hereon and throughout. The L.A.P.D Officer noticed Plaintiff limping and

asked that he sit in his car. For whatever reason (s), the defendant (s) was in vey proximity to

Plaintiff's face, back and forth asking for proof of insurance, driver's license, etc., amid the height of

a worldwide pandemic and or epidemic and or Covid-19. Finally, the Officer's Superior came into

Scene and stated, in part: "Get out of his face and go put on your mask!"

It was apparent that the Officer was allegedly racially profiling Plaintiff without wearing the

Required mask. Plaintiff then "observed" how defendant (s) were huddled up aprox. 50 feet behind

Plaintiff – aprox. four SUV worth of L.A.P.D. Officers. And they were appearing to be exhibiting

Acts of misinformation and or Conspiring – talking secretly.

And all of this can be seen on the defendants' CAMERA system. They then appeared tried alluding

to, in part: "There is nothing called a "Cherry Picker," so that would mean no evidence and or

requirement thereof, false claim." But another City Worker thereon then stated, in part: "Yes, we do

keep our equipment covered up with "Cherry Pickers." And the defendants' [is] missing."

The Officer (s) then proceeded with taking a report; however, Plaintiff knew that this was the

wrong agency / and or wrong jurisdiction conducting, talking, huddling, taking the report etc. So,

Plaintiff secretly called 911 himself. Secretly, because L.A.P.D. Officers and the defendant (s)

already showed the appearance of colluding and conspiring even beyond having already violated a

Nationwide ordinance, and still no CHP to scene as led to believe. When 911 was on with Plaintiff, it

appeared they had no knowledge of L.A.P.D and or the City of Los Angeles and or the defendants (s)

making a call to them either. The Operator, in part: "Why is L.A.P.D. at the location if they know this

incident occurred on the 105 Freeway just before Crenshaw?" Plaintiff, in part: "Mam, I do not know.

All I know is I've been waiting here in pain in this hot sun for a good while now. 911 Operator

Continued, in part: "Okay, I'm sending a CHP out to the City Yard now."

When the CHP arrived, L.A.P.D. and their said SUV's, all pulled away appearing the liken of

criminals evading from their own crime scene.

After Plaintiff left the Los Angeles City yard, and instructed by his attorney, Plaintiff, went

back to the actual scene on the 105 Freeway. And considering all that Plaintiff had just experienced,

up to and including prior experiences involving the Fraud investigations, missing Court Orders,

Fraudulent APN's, proven double escrow Frauds In YC063173 and or hereon and throughout and or

said Acts that led up to said incident, Plaintiff had a ["Hunch"]: CHP (Reporting CHP was also Asian

as all the other Officers, ironically) would be there trying to retrieve the "Cherry Picker" evidence to

allegedly mislead this case and the Court (s). And Plaintiff appeared to have been correct, as CHP

was there appearing Violating Local, State, and or Federal Laws and or Plaintiff's Civil Rights, as an

enforcer of the Law (s).

The CHP TRUCK was on the 105 Freeway, Westbound. It had an enclosed like pick up bed

attached to it; the Officer was looking in the [exact] same area in which Plaintiff described said

incident. The CHP Officer appeared to be looking in a [safe] zone / emergency lane of the 105

Freeway, Westbound, for the "Cherry Picker" – not in the road his actions cooberating with ensuring

safe traffic flow, but in an appearing illegal Act of Conspiracy: to allegedly recover the "Cherry

Picker" so that the defendants could allegedly cover up the truth (s) and or to make it look like there

was never an accident / alleged Conspiracy (s) / alleged Fraud / alleged Civil Rights Violations.

This alleged Acts by the defendants [clearly] Violates Plaintiff's Civil Rights, and all of the

defendant (s) appears to have and or is conducting this / these alleged Act (s) because Plaintiff is

black and or a black male and or both and or associated with addressing said State of California

Fraudulent Acts and Proven APN Frauds and or The City of Los Angles involvement (s) thereupon as so stated by Mr. Cooper and or a combination of one and or all and or seeking to conspire for the defendant's insured and or a combination (s) of both and or all. Plaintiff is unsure if the CHP Officer noticed him, but the Officer drove away by the time Plaintiff pulled up (Accordingly, those Vehicles are timed stamped, and can be tracked to their exact location said date by way of old GPS technology (s)).

At such time, Plaintiff discovered the "Cherry Picker," and continues to possess it [still] to this day and or evidence of said "Cherry Picker" can be seen in the enclosed case file, up to and including deficiencies of the defendants' amount (s) to Plaintiff their representative appearing to claim being an attorney, Mrs. Claudia Aguilar, but cannot be found within the California State Bars' data base as such. See **exhibit A.**

## **DEMANDS**

In Closing: (1) Your honor, Plaintiff asks this Court for Jury Trial, and the maximum amount demanded by the enclosed attorney of Record in the amount of $1,000,000.00 (one million, USD) for the injury (s) [portions] of the case, plus double damages, pain and suffering to be decided at Jury Trial, or whatever this Court feels is Fair, and Compensatory damages amid the actual Facts of the and pertaining to all of the events.

(2) As to AB3121 / and or HR. 40, Plaintiff Requests that this Court take into consideration the series of events leading up to said incident (questionable demands that blacks who are actual Slave decedents as is Plaintiff, is), and why Plaintiff was placed in the position of having to

are actual Slave decedents as is Plaintiff, is), and why Plaintiff was placed in the position of having to investigate ongoing Acts that Plaintiff was lawfully engaged in at the time. And how these pertinent Facts reflect insight of the continued model of proven destroyed Legal Records and or allegedly misleading Reports: forced Slavery and ancestry documentation (s) involving the "Builders of the United States Economy" through Force, Violence, Hate, Jealousy, Greed, and other Malicious behaviors and illegal Acts. To wit: similar alleged Civil Rights Violations as proven within said Police Report amid said 911 call (s).

(3) As to Fraud, Plaintiff asks this Court to award the Maximum allowed by Law: according to Law, anyone who knowingly removes case file information and or alter Police Report information (s), and Claimed, as an Officer of the Law, that they have called a Public Service such as 911 for the purpose of Protecting and Serving and or as so sated defendants done on 04-15-21 – that Plaintiff was not the actual party who actually affected CHP to come to scene, up to and including CHP's reluctance to ensure said safety device with NTSH. That the defendants Claim that they did so and in a timely manner but appearing did not and or showing the appearance of having misled the Police Report. Your honor, this is not only Fraud but it also Criminal. See 18 USC.

**JURY TRIAL DEMANDED**

Dated: 06-03-21

_____

Plaintiff, Robert Lee Manning Jr. IN FORMA PAUPERIS (hereon this case portion (s))

are actual Slave decedents as is Plaintiff, is), and why Plaintiff was placed in the position of having to investigate ongoing Acts that Plaintiff was lawfully engaged in at the time. And how these pertinent Facts reflect insight of the continued model of proven destroyed Legal Records and or allegedly misleading Reports: forced Slavery and ancestry documentation (s) involving the "Builders of the United States Economy" through Force, Violence, Hate, Jealousy, Greed, and other Malicious behaviors and illegal Acts. To wit: similar alleged Civil Rights Violations as proven within said Police Report amid said 911 call (s).

(3) As to Fraud, Plaintiff asks this Court to award the Maximum allowed by Law: according to Law, anyone who knowingly removes case file information and or alter Police Report information (s), and Claimed, as an Officer of the Law, that they have called a Public Service such as 911 for the purpose of Protecting and Serving and or as so sated defendants done on 04-15-21 – that Plaintiff was not the actual party who actually affected CHP to come to scene, up to and including CHP's reluctance to ensure said safety device with NTSH. That the defendants Claim that they did so and in a timely manner but appearing did not and or showing the appearance of having misled the Police Report. Your honor, this is not only Fraud but it also Criminal. See 18 USC.

**JURY TRIAL DEMANDED**

Dated: 06-03-21

Plaintiff, Robert Lee Manning Jr. IN FORMA PAUPERIS

(Hereon this case portion (s)

- 11 COMPLAINT

<u>**Verification**</u>

Plaintiff submits under penalty of perjury, that the above hereon and throughout is the truth to the best of his knowledge.



Plaintiff, Robert Lee Manning Jr., in IN FORMA PAUPERIS

(Hereon this case portion (s)

Dated: 06-03-21



**LAW GROUP**

Downtown L.A. Law Group, LLP
601 N Vermont Ave
Los Angeles, California 90004
Phone: (213) 389-3765
Facsimile: (877) 389-2775
www.DowntownLALaw.com

May 23, 2022

*__VIA U.S. MAIL__*

California Highway Patrol
6300 Bristol Parkway
Culver City, CA  90230

**RE:**  **REQUEST FOR POLICE REPORT**

| | |
|---|---|
| **Our Client(s)** | : Robert Manning |
| **TCR Report #** | : 9565202001416 |
| **Officer ID #** | : 21484 |
| **Date & Time of Accident** | : 04/15/2020 at 1:49P.M. |
| **Location of Accident** | : 105 WB; Near Crenshaw Blvd exit |
| **Our File Number** | : 17443 |

Dear Sir or Madam:

Our firm has been retained to represent the interests of Robert Manning with regards to the above-referenced incident. We are hereby requesting a copy of the traffic collision report in this case.

To facilitate the sending of the report, we have enclosed the following:

> ➤ An Authorization to Release Records signed by our client
> ➤ A check in the amount of **$10.00** made out to California Highway Patrol
> ➤ A self-addressed, stamped envelope

Thank you for your assistance with this matter.

Very truly yours,

Farid Yaghoubtil, Esq.

exhibit A



Downtown L.A. Law Group, LLP
601 North Vermont Avenue
Los Angeles, California 90004
Phone: (213) 389-3765
Facsimile: (877) 389-2775
www.DowntownLALaw.com

May 23, 2022

*VIA U.S. MAIL*
**Brian Sam**
**City of Los Angeles, Chief Investigator**
**City Hall East**
**200 N. Main Street**
**Room 600**
**Los Angeles, CA 90012**

RE:  **Our Client(s)**        :Robert L. Manning
     **Date of Accident**     :04/15/2020
     **Claim No:**            :C21-01180

Dear Mr. Sam:

This letter is in response to your October 13, 2020 request regarding this claim. Your letter requests that we indicate "how the City of Los Angeles is responsible."

Please note that the Claim for Damages submitted on September 14, 2020 indicates that the City failed to properly train employees and/or failed to properly maintain equipment. Additionally, as noted on the attached police report, the vehicle responsible for this incident is owned by the City of Los Angeles and the person driving the vehicle is a City employee.

As a result of the incident, Mr. Manning has incurred economic damages totaling $7,306 in medical bills, $195 for purchase of the windshield, and $539.67 to replace the damaged windshield. As such, please provide payment in the amount of $8,040.67.

<u>**APPLICABLE LAW TO CONSIDER**</u>

Mr. Manning did not have coverage on the date of loss. As such he falls under California Prop. 213, now recognized as CA Civ Code § 3333.4.

CA Civ Code § 3333.4 (a) Except as provided in subdivision (c), in any action to recover damages arising out of the operation or use of a motor vehicle, a person shall not recover non-economic losses to compensate for pain, suffering, inconvenience, physical impairment, disfigurement, and other nonpecuniary damages if any of the following applies: (1) The injured person was at the time of the accident operating the vehicle in violation of Section 23152 or

1 | P a g e

—exhibit A1



Downtown L.A. Law Group, LLP
601 North Vermont Avenue
Los Angeles, California 90004
Phone: (213) 389-3765
Facsimile: (877) 389-2775
www.DowntownLALaw.com

May 23, 2022

***VIA U.S. MAIL***
Brandon James Wong
1218 S 2nd Ave
Arcadia, CA  91006

RE:  **Our Client(s)**         **:Robert Manning**
     **Date of Accident**      **:04/15/2020**
     **Location**              **:105 WB; Near Crenshaw Blvd exit**
     **Our Client's Vehicle**  **:2015 VW White Passat**
     **Our File Number**       **:17443**

Dear Brandon James Wong:

Our law firm has been retained with regards to a car accident in which you/your vehicle was
involved on the above-referenced date. We are now in the process of investigating this matter.
Rather than filing a lawsuit against you at this time, we would like to work directly with your
insurance company to resolve this claim.

If you have insurance, please notify your insurance company immediately of this claim and have
them contact this office. We have enclosed a form along with a self-addressed, stamped envelope
so that you may return your insurance information. If you do not have insurance, please check
off the appropriate box and sign and date the form.

If we do not receive any kind of response from you or your insurance carrier within ten (10) days
from the date of this letter, we will take such steps as are necessary to protect the legal interests
of our client. Please do not communicate with my clients; kindly direct all communications to
our office.

I trust that you will give this matter your immediate attention.

Very truly yours,

Dulce Avila
Case Manager
Dulce@downtownlalaw.com

1 | P a g e

exhibit A2



Downtown L.A. Law Group, LLP
601 North Vermont Avenue
Los Angeles, California 90004
Phone: (213) 389-3765
Facsimile: (877) 389-2775
www.DowntownLALaw.com

## II.        Damages

### CATHERINE ZARRABI, D.C.

On April 17, 2020, Mr. Manning presented to Dr. Zarrabi, for chiropractic treatment. He complained of pain in his left leg. During his treatment he was diagnosed with left knee sprain/ strain and left leg contusion. Dr. Zarrabi recommended Mr. Manning continue chiropractic treatment once a week for seven weeks.

### ROSTAM KHOSHSAR ,M.D.

Mr. Manning presented to pain management specialist Dr. Khoshsar for complaints of pain in the left leg, left shin area and low back pain. Mr. Manning also reports he developed neck and shoulder pain. He has continued his chiropractic treatment, however, still has pain and swelling in the left shin area. He rates his pain 7/10 and describes his pain worse with pressure and touch. The result of his examination follows:

**Diagnosis**
1.  Pain in left leg.


**Treatment Plan**
Dr. Khoshsar recommended Norco 10 mg to alleviate some pain. Dr. Khoshsar also recommended a referral to an orthopedic surgeon for treatment of his leg pain. He would like Mr. Manning to start new medication regimen.

### UNITED MEDICAL IMAGING
Per the recommendation of Dr. Zarrabi, Mr. Manning went to United Medical Imaging for X-ray of the left Tibia and Fibula.

### JONATHAN FRANK, M.D.
Mr. Manning presented to Dr. Frank, an Orthopedic Surgeon, for a consultation for complaints of pain in his left leg per the recommendation of Dr. Khoshsar. He has been taking Norco and Ibuprofen for pain. He rates his current pain at 5/10. He shows tenderness over the lower tibia area and swelling of the ankle. Dr. Frank recommends an X-ray to be done and will follow-up with Mr. Manning after.

On September 02, 2020, Mr. Manning returned to Dr. Frank's office for review of his X-ray findings. Mr. Manning reports pain in his left shin. Dr. Frank is recommending Mr. Manning receive an MRI and in the meantime take a course of physical therapy for his lower leg.

exhibit A3


Auto, Home & Health Insurance
PO Box 3199 • Winston Salem, NC 27102-3199

**Date:** 08/02/2019
**Policy Number:** 2008041450
**Named Insured:**
Robert Lee Jr Manning
**Policy Period:** 08/02/2019 - 08/02/2020
**Policy Underwritten By:**
Integon National Insurance Company

ROBERT LEE JR MANNING
14029 HAWTHORNE BLVD
HAWTHORNE, CA 90250-7003

Agent:
    Freeway Ins Services Inc
    7711 Center Ave Ste 200
    Huntington Beach CA 92647
    (714) 252-2500

**Welcome to National General!**

Rest easy knowing that when the unexpected occurs, we are ready to help get your life back to normal as quickly and easily as possible. Enclosed are your insurance policy documents. Please review and store them in a safe place.

**Important Information!**

Your first installment is due 21 days from the policy effective date. Failure to pay this installment on time will lead to the cancellation of your policy.

Thank you again for choosing National General Insurance. We appreciate your business!

Email: **Service@NGIC.com** • Fax: **1-877-849-9022** • Phone: **1-877-468-3466**
Visit us at **www.MyNatGenPolicy.com**

10046 (07012017)

exhibit A 4

Page   1   of   1

**CITY OF LOS ANGELES**
200 N. Main Street, Room 300 CHE
Los Angeles, CA. 90012

DCAT:

Check Total
**$1,615.00**

Check No. **0301189127**
Check Date **Mar 03, 2022**

Vendor Name:   DOWNTOWN LA LAW GROUP LLP

Vendor No:   VC0000032914

| VENDOR INVOICE | DEPARTMENT NAME | DP. NO. | PV NUMBER PV REF/CONT | REF.AUTH. TYPE/FY/NO. | DESCRIPTION | D | AMOUNT |
|---|---|---|---|---|---|---|---|
| C21-01180 | Non-D-Liab | 59 | 22100591298 | - | MANNING, ROBERT/CA:AC | N | 1,615.00 |

Please Detach Before Presenting for Payment

THIS CHECK HAS A TRUE WATERMARK IN THE PAPER. CHECK IS NOT VALID WITHOUT THIS WATERMARK.

**DEMAND ON THE**
**LOS ANGELES CITY TREASURY**
200 N. Spring Street, Room 201
Los Angeles, CA 90012
**VOID AFTER 2 YEARS**

**CITY OF LOS ANGELES**

FUND: 824
GENERAL DEMAND
Date:   **Mar 03, 2022**

56-1544
441

DEMAND/WARRANT
**0301189127**

**One Thousand Six Hundred Fifteen Dollars And 00 Cents**

**$1,615.00**

PAY TO THE ORDER OF
DOWNTOWN LA LAW GROUP LLP
AND ROBERT MANNING
601 N. VERMONT AVE
LOS ANGELES    ,CA 90004

APPROVED BY LA CITY CONTROLLER

RON GALPERIN

JPMorgan Chase Bank, N.A.
Columbus, OH

⑈0301189127⑈ ⑆044115443⑆ 612668282⑈

exhibit A5



exhibit A6